<u>9:30 A.M.</u>
<u>THE COLLINS J. SEITZ COURTROOM (19TH FLOOR)</u>

<u>TUESDAY, NOVEMBER 15, 2022</u>

<u>Coram</u>: HARDIMAN, RESTREPO and PORTER, Circuit Judges

<u>No. 21-2960</u>

JOHN MOROZIN,
Appellant
v.
PHILADELPHIA HOUSING AUTHORITY;
BRANVILLE BARD;
JOANNE STRAUSS

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| ANDREW R. OLCESE | EMILY E. MAHLER |
| (15 minutes per Court) | (15 minutes per Court) |

_____

<u>No. 21-3299</u>

UNITED STATES OF AMERICA
v.
WILLIAM K. WASHINGTON,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| BRETT G. SWEITZER | KEVIN L. JAYNE |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                    TUESDAY, NOVEMBER 15, 2022

Coram: HARDIMAN, RESTREPO and PORTER, Circuit Judges

S U B M I T T E D

No. 21-2074
Pursuant to 3rd Cir. LAR 34.1(a)

ADLIFE MARKETING & COMMUNICATIONS
COMPANY INC,
                Appellant
v.
KARNS PRIME AND FANCY FOOD LTD;
AD POST GRAPHICS MEDIA MARKETING INC

_____

No. 21-2889
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
THOMAS LANZANA,
                Appellant

_____

No. 21-2992
Pursuant to 3rd Cir. LAR 34.1(a)

NG INVESTMENTS LLC;
FRONT ST INVESTMENTS LLC,
                Appellants
v.
ATAIN SPECIALTY INSURANCE COMPANY

_____

No. 21-3287
Pursuant to 3rd Cir. LAR 34.1(a)

WENDY KEAHY,
                Appellant
v.
FEDERATED LIFE INSURANCE COMPANY